**Order entered November 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00563-CR

**NIRAJ KRISHNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81619-2017**

## ORDER

Before the Court is appellant's November 14, 2018 motion to substitute counsel. We

**GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Adrian L. Crane and

**SUBSTITUTE** Casey T. Boyd as counsel for appellant. All future correspondence should be

sent to Casey T. Boyd; 5700 Granite Parkway, Suite 950; Plano, Texas 75024; telephone: (214)

473-8686 ; facsimile: (214) 473-8685; email: boydlitigation@gmail.com.

/s/     CRAIG STODDART
            JUSTICE